UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

MARK ANTHONY GIFFORD  
JESSICA KRISTIN GIFFORD ,

CASE NO.: 6:21-bk-04746-LVV  
CHAPTER 13

    Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
*Subject Property:1117 PINE FALLS LN, OCOEE, FL 34761*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of LAKEVIEW LOAN SERVICING, LLC in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.  
PO BOX 19519  
FORT LAUDERDALE, FL 33318

 

Diaz Anselmo & Associates, P.A.  
**Attorneys for Creditor (SHD No. 1692-180858)**  
PO BOX 19519  
Fort Lauderdale, FL 33318  
Phone: (954) 564-0071  
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian  
    Ida A. Moghimi-Kian  
    Florida Bar No.56395  
    IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, October 28, 2021, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

MARK ANTHONY GIFFORD
1117 PINE FALLS LN
OCOEE, FL 34761
*Debtor(s)*

JESSICA KRISTIN GIFFORD
1117 PINE FALLS LN
OCOEE, FL 34761
*Joint Debtor*

SOPHIA CABACUM DEAN
THE ORLANDO LAW GROUP PL
12301 LAKE UNDERHILL ROAD, SUITE 213

ORLANDO, FL 32828
*Attorney for Debtor(s)*

LAURIE K WEATHERFORD
P.O BOX 3450
WINTER PARK, FL 32790
*Trustee*

UNITED STATES TRUSTEE- ORL 7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1692-180858)**
    PO BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
       Ida A. Moghimi-Kian
       Florida Bar No.56395
       IMoghimi-Kian@dallegal.com